IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
    v.  : Case No. 3:10-cr-3-KRG-KAP
JOSHUA SHENEGO,  :
    Movant  :

## Memorandum Order

The Clerk can remove the pending flags on the motions for additional time to file objections, docket no. 68 and docket no. 69, because they are moot as a result of the order at docket no. 70. It appears to me that the motion for reconsideration at docket no. 71 is moot as well as a result of the statement in the order resentencing movant at docket no. 79 that "in all other respects" movant's sentence remains the same.

If the pending flag on docket no. 71 is not an oversight, I recommend that it be denied. Nothing in the motion for reconsideration calls into question the basis for the denial of the motion to vacate, namely movant's waiver of collateral attacks.

Pursuant to 28 U.S.C.§ 636(b)(1), the parties are given notice that they have fourteen days to serve and file written objections to the recommendation that docket no. 71 be denied.

DATE: 11 February 2015

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF and by U.S. Mail to:

Joshua Shenego, Reg. No. 30804-068
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640