IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    v.
JOSHUA SHENEGO,
    Movant

Case No. 3:10-cr-3-KRG-KAP
(Case No. 3:11-cv-269-KRG-KAP)

Memorandum Order

For the reasons contained in the Memorandum Order at docket no. 80, the Clerk shall mark the Motion for Reconsideration at docket no. 71 denied as moot.

BY THE COURT:

March 12, 2015

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Joshua Shenego, Reg. No. 30804-068
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640